# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kent Anthony Clemens, | ) | Case No. 4:12-cr-144 |
| | ) | |
| Defendant. | ) | |

On November 30, 2015, the court issued an order conditionally releasing defendant on December 2, 2015. The court modifies its order as follows.

The United States Marshal shall transport defendant from the Heart of America Correctional and Treatment Center ("HACTC"), the facility where defendant is presently being held, to the Burleigh County Detention Center in Bismarck, North Dakota, on Monday, December 7, 2015. Upon his arrival at the Burleigh County Detention Center, defendant shall be released subject to his existing supervised release conditions along with the additional condition that he undergo a mental health and/or substance abuse evaluation as directed by the Pretrial Services Office and comply with the resulting counseling or treatment recommendations.

Defendant's revocation hearing, which is presently scheduled on December 7, 2015, shall be rescheduled for December 23, 2015, at 9:00 a.m. in Bismarck (Courtroom #1) before Judge Daniel L. Hovland.

**IT IS SO ORDERED.**

Dated this 2nd day of December, 2015.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court